JOSEPH WOERMAN, Respondent, *v.* BEREND BAAS, Executor, etc., Impleaded, etc., Appellant.

(Argued October 19, 1891; decided December 1, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 6, 1891, which affirmed an order of Special Term allowing the plaintiff to discontinue the action as against the appellant.

*Benjamin G. Hitchings* for appellant.

*Frederick W. Holls* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NEW YORK CITY CENTRAL UNDERGROUND RAILWAY COMPANY, Appellant, et al., Respondents.

(Argued October 19, 1891; decided December 1, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department made June 26, 1891, which affirmed an order of Special Term denying a motion to strike out amended complaint and discontinue action.

*Edward Winslow Paige* for appellant.

*David J. Dean* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.